UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JOSEPH SCOTT GRAY and
PAULA RUTH GRAY,

**INDICTMENT**

        Defendants.
_____/

The Grand Jury charges:

**COUNT 1**
(Conspiracy to Defraud the Government)

Beginning in or about January 2015 and continuing to in or about August 2019, in the Southern Division of the Western District of Michigan,

**JOSEPH SCOTT GRAY and
PAULA RUTH GRAY**

entered into an agreement, combination, and conspiracy to defraud the United States Department of Veterans Affairs by obtaining and aiding to obtain the payment or allowance of false, fictitious, and fraudulent claims.

Specifically, the Grays conspired and agreed to lie to the Department of Veterans Affairs and provided false claims in order to obtain disability and related benefits to which they were not entitled.

18 U.S.C. § 286

## COUNT 2
(False Statements to the Veterans Administration)

On or about July 28, 2015, in the Southern Division of the Western District of Michigan,

### JOSEPH SCOTT GRAY

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the United States.

Specifically, he provided false and exaggerated statements about the extent of his physical limitations in connection with his application to obtain Veterans Administration benefits.

18 U.S.C. § 1001(a)(2)

## COUNT 3
(False Statements to the Veterans Administration)

On or about July 28, 2015, in the Southern Division of the Western District of Michigan,

**PAULA RUTH GRAY**

knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the United States.

Specifically, she provided false and exaggerated statements about the extent of Joseph Scott Gray's physical limitations in connection with his application to obtain Veterans Administration benefits.

18 U.S.C. § 1001(a)(2)

## COUNT 4
(Theft of Government Funds)

Beginning in or about February 2016 and continuing to in or about August 2019, in the Southern Division of the Western District of Michigan,

### JOSEPH SCOTT GRAY

willfully and knowingly stole and converted to his own use money of a department and agency of the United States in an amount greater than $1,000.

Specifically, he lied to the United States Department of Veterans Affairs by telling them he could not walk, use the restroom unaided, or care for himself when, in fact, he could.  Gray did so in order to obtain aid and attendance benefits that he was not entitled to from the Department of Veterans Affairs.

18 U.S.C. § 641

## COUNT 5
(False, Fictitious, or Fraudulent Claim)

On or about September 11, 2017, in the Southern Division of the Western District of Michigan,

**JOSEPH SCOTT GRAY and
PAULA RUTH GRAY**

made and presented false, fictitious, and fraudulent claims upon and against the United States Department of Veterans Affairs.

Specifically, the Grays created and submitted a claim to the Veterans Administration's Program of Comprehensive Assistance for Family Caregivers on the basis that Joseph Scott Gray could not complete the basic functions of everyday life when, in fact, he could.

18 U.S.C. § 287
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney